```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

TYRONE HURT,                    )
                                )
        Plaintiff,              )
                                )
        v.                      )    C.A. No. 1:19-11868-WGY
                                )
UNITED STATES OF AMERICA,       )
                                )
        Defendant.              )
```

**ORDER**

**September 18, 2019**

YOUNG, D.J.

For the reasons stated below, the Court orders that this action be dismissed without prejudice.

On September 4, 2019, pro se plaintiff Tyrone Hurt filed what appears to be a Bivens action against the United States and the District of Columbia Board of Parole.

Hurt represents that he lives in Washington, D.C. and his complaint appears to concern matters outside of the District of Massachusetts. Notwithstanding, Hurt is not a stranger to this Court. In 2012 and 2013, he filed five civil actions under the name "Tyrone Hunt." See Hunt v. State of Conn., C.A. No. 1:12-cv-12401-RWZ (D. Mass.); Hunt v. Chen, C.A. No. 1:13-cv-10197-RWZ (D. Mass.); Hunt v. All Neo-Nazis, C.A. No. 1:13-cv-11321-RWZ (D. Mass.); Hunt v. D.C. Metro. Police Dep't, C.A. No. 1:13-cv-11323-RWZ (D. Mass.); Hunt v. Kollar-Kotelly, C.A. No. 1:13-cv-11324-RWZ (D. Mass.). On June 20, 2013, the Court dismissed the latter three cases, finding that they were frivolous,

vexatious, repetitive, abusive, and failed to state a claim upon which relief could be granted.  The Court also enjoined Hurt from filing any new lawsuits in the District of Massachusetts without first petitioning the Court for permission to do so.  See C.A. Nos. 1:13-cv-11321-RWZ (Docket Entry No. 6), 1:13-cv-11323-RWZ (Docket Entry No. 6), 1:13-11324-RWZ (Docket Entry No. 4).

Later the same year, Hurt filed three more actions in this Court under the name "Tyrone Hurt."  All three actions were dismissed for failure to comply with the June 20, 2013 order requiring "Tyrone Hunt" to seek and obtain permission from the Court to file a new lawsuit.  See Hurt v. D.C. Parole Bd., C.A. No. 1:13-cv-11800-DJC (D. Mass.); Hurt v. United States, C.A. No. 1:13-cv-11801-NMG (D. Mass.); Hurt v. United States, C.A. No. 1:13-cv-11803-DPW (D. Mass.).

Whether the plaintiff is proceeding as "Tyrone Hurt" or "Tyrone Hunt," he is still subject to the June 20, 2013 order of enjoinment.  Because Hurt filed this action in contravention of that order, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall provide Hurt a copy of the June 20, 2013 enjoinment order.

SO ORDERED.

      /s/ William G. Young
      WILLIAM G. YOUNG
      UNITED STATES DISTRICT JUDGE